## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CESAR SANCHEZ | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 21-CV-698 |
| | § | |
| WALMART INC. AND WAL-MART | § | |
| STORES TEXAS LLC. | § | |
| *Defendants* | § | JURY DEMANDED |

### INDEX OF DOCUMENTS FILED
### WITH REMOVAL ACTION

A.   Plaintiff's Original Petition.
B.   Citation and Service of Process Transmittal from CT Corporation.
C.   Defendants' Original Answer to Plaintiff's Original Petition.
D.   Defendants' Demand for Jury Trial.
E.   Case Information Sheet.
F.   List of Counsel of Record.

# EXHIBIT A

ILED
5/12/2021 4:44 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Medellin

**2021CI09487**

2cit pps   w jd

## CAUSE NO. _____

| | | |
|---|---|---|
| CESAR SANCHEZ<br>*Plaintiff* | § | IN THE DISTRICT COURT |
| | § | Bexar County - 285th District Court |
| | § | |
| VS. | § | THE JUDICIAL DISTRICT |
| | § | |
| WALMART, INC., AND WAL-MART | § | |
| STORES TEXAS LLC. | § | BEXAR COUNTY, TEXAS |
| *Defendant(s)* | § | |
| | § | |

---

### PLAINTIFFS'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES CESAR SANCHEZ, hereinafter referred to by name or as Plaintiff, and complains of WALMART, INC., AND WAL-MART STORES TEXAS LLC., hereinafter referred to by name or as Defendant(s), and for cause of action would respectfully show unto the Court as follows:

**I.**

### DISCOVERY CONTROL PLAN

1.     Plaintiff intends that discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS RULES OF CIVIL PROCEDURE.

*SANCHEZ V. WALMART, INC. ET AL.*                                                   PAGE 1 OF 7
*Plaintiff's Original Petition, TRCP 193.7 Notice, RFD, with Attached Disclosure*

## II.

## PARTIES

**2.**     Plaintiff **CESAR SANCHEZ** (DL No. xxxx979), SSN xxx-xx-95317) is an individual residing in BEXAR COUNTY, SAN ANTONIO, TEXAS.

3.     On information and belief, WALMART, INC. and WAL-MART STORES TEXAS, LLC is/are a National Corporation incorporated with its principal office of business at 702 SW 8th STREET, DEPT 8667 in Bentonville, AR 72716-0555 USA. On information and belief, WALMART, INC. and WAL-MART STORES TEXAS, LLC may be served with process by serving its registered agent at C T Corporation System at 1999 Bryan Street, Suite 900, Dallas, TX 75201 3136 USA.

## III.

## JURISDICTION & VENUE

**4.**     Venue is proper in Bexar County, Texas in this cause pursuant to § 15.002(a)(1) of the CIVIL PRACTICE & REMEDIES CODE because the incident which forms the basis of this lawsuit occurred in Bexar County, Texas.

## IV.

## FACTS

**5.**     On or about June 2nd 2019, Plaintiff was walking in hallway at his local Walmart, located at 8315 FM78, Converse, TX 78109, where he frequents weekly to purchase household goods. The Plaintiff and his elderly mother were walking towards the back of the store with the Plaintiff mothers in front of him, where the Plaintiff and his mother went to different sections.  The Plaintiff walked toward looking for his parent in the commonplace of the store, where he slipped

on a piece of fruit that was laying on the floor. The Plaintiff fell and was injured to the point that an ambulance had to be called. It was unknown what type of fruit was on the floor, where later it was identified as a cherry. According to the case manage on this case for Walmart, the fruit was on the floor for about nine minutes. A Walmart employee and an employee of the management team called the ambulance and the plaintiff was transported to the local hospital.

## V.

## CAUSE OF ACTION AGAINST DEFENDANT(S) WALMART, INC. AND WALMART STORES OF TEXAS, LLC

**A.   *NEGLIGENCE OF WALMART, INC. AND WALMART STORES OF TEXAS, LLC***

6.      Plaintiff respectfully states that the Defendant(s), through its agents and/or employees was guilty of negligence in the following respects and particulars, to-wit:

1. In the failure of the Defendant(s) to provide the Plaintiff a reasonably safe walking area;

2. In the failure of the Defendant(s) to properly inspect;

3. In the failure of the Defendant(s) to correct the unreasonably dangerous condition;

4. In that Defendant(s) allowed the dangerous condition to exist on the premises provided for business invitees; and

5. In the failure of Defendant(s) to warn the Plaintiff of the dangerous condition as it existed.

6. Defendant(s), were negligent on the occasion in question by:

(a) breaching their duty to exercise their own standard of care that

they formulated by and through their in-house standard operating

procedures;

(b) failing to maintain a sufficiently trained staff to clean in a timely manner any debris

on      behalf of customers such as Plaintiff;

7. Further, Plaintiff's injuries were proximately caused by

Defendant(s)' negligence.

7.      Plaintiff alleges that each and every, all and singular, of the aforesaid acts and/or omissions of negligence on the part of the Defendant(s) were a direct and proximate cause of the injuries and damages sustained by Plaintiff and which are more fully set out hereinafter.

## VI.

## DAMAGES

11.      As a result of the negligent acts and omissions on the Defendant(s), Plaintiff has sustained serious injuries which have required surgical treatment, medical treatment and she has incurred reasonable and necessary medical expenses in the past and in all probability, will require reasonable and necessary medical expenses for the medical services to be rendered in the future. Furthermore, the Plaintiff has incurred loss of earnings in the past and in reasonable probability will incur loss of earning capacity in the future. The Plaintiff has sustained physical pain and suffering in the past and will in reasonable probability suffer physical pain and suffering in the future. The Plaintiff has also suffered physical impairment in the past and will in reasonable probability continue to suffer physical impairment for the remainder of her life. The plaintiff has suffered mental anguish in the past and in reasonable probability will continue to

suffer mental anguish in the future. All of said damages are in excess of the minimum jurisdictional limits of this Court.

**12.**     Plaintiff asserts that the amount of any monetary damages awarded to Plaintiff should be decided by a jury of Plaintiff's peers.   However, RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE requires Plaintiff to affirmatively plead the amount of damages sought. Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seeks monetary relief **OVER TWO HUNDRED THOUSAND AND 00/100 DOLLARS ($200,000.00)** but not more than **ONE MILLION AND 00/100 DOLLARS ($1,000,000.00)** and a demand for judgment for all the other relief to which Plaintiff is justly entitled at the time of filing this suit, which, with the passage of time, may change.

## VII.

### INTEREST

**13.**     Plaintiff further requests both pre-judgment and post-judgment interest on all their damages as allowed by law.

## VIII.

### DEMAND FOR JURY TRIAL

**14.**     Plaintiffs **CESAR SANCHEZ** demands a trial by jury.  Plaintiff acknowledges payment this date of the required jury fee.

## IX.

### REQUEST FOR DISCLOSURE

15.     Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant(s) is requested to disclose, within fifty (50) days of service hereof, the information and material described in each section of RULE 194.2.

## X.

## DESIGNATED E-SERVICE EMAIL ADDRESS

The following is the undersigned attorney's designated E-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: Lopez.LMlawgroup@gmail.com.   This is the undersigned's only E-Service email address, and service through any other email address will be considered invalid.

## XIII.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs requests that the Defendant(s) be cited to appear and answer, and on final trial hereafter, the Plaintiffs have judgment against the Defendant(s) in an amount within the jurisdictional limits of this Court, together with all pre-judgment and post-judgment interest as allowed by law, costs of Court, and for such other and further relief to which Plaintiff's may be justly entitled by law and equity, including, but not limited to:

1.     Pain and suffering in the past;
2.     Pain and suffering in the future;
3.     Mental anguish in the past;
4.     Mental anguish in the future;
5.     Past medical expenses;
6.     Future medical expenses;
7.     Physical impairment in the past;
8.     Physical impairment in the future;
9.     Physical disfigurement in the past;

10.   Physical disfigurement in the future;
11.   Lost wages in the past;
12.   Loss of future wage-earning capacity;
13.   Pre-judgment interest; and
14.   Post-judgment interest.

RESPECTFULLY SUBMITTED,

LM LAW GROUP, PLLC
2806 FREDERICKSBURG. RD. STE. 102
SAN ANTONIO, TEXAS 78201
PHONE: (210) 914-6860; FAX: (210) 757-4030

BY:   *DAVID LOPEZ*

DAVID LOPEZ
STATE BAR NO. 24077974
 *email: Lopez.Lmlawgroup@gmail.com*
ATTORNEY FOR PLAINTIFF
*Service by email to this address only.

# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
06/22/2021
CT Log Number 539778933

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sanchez Cesar, Pltf. vs. Walmart, Inc. and Wal-Mart Stores Texas LLC., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 285th Judicial District Court Bexar County, TX Case # 2021CI09487 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/02/2019 - 8315 FM78, Converse, TX 78109 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/22/2021 postmarked on 06/18/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | David Lopez LM Law Group, PLLC 2806 Fredericksburg, Rd., Ste. 102 San Antonio, TX 78201 210-914-6860 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/23/2021, Expected Purge Date: 06/28/2021 Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 1999 Bryan Street Suite 900 Dallas, TX 75201 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

E C
2511 N ST MARY'S
SAT, TX 78212

7015 0160 0000 8880 9777





U.S. POSTAGE PAID
PCM LS-ENV
SAN ANTONIO, TX
78212
JUN 18, 21
AMOUNT
$8.05
R2304H108508-23

WALMART STORES TEXAS, LLC
AND WALMART, INC
C/O REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136



RETURN RECEIPT
REQUESTED

PRIVATE PROCESS

Case Number: 2021CI09487

Cesar Sanchez VS Walmart, Inc. ET AL

IN THE 285th District Court
BEXAR COUNTY, TEXAS

(Note: Attached Document May Contain Additional Litigants.)

# CITATION

"THE STATE OF TEXAS"
Directed To:   WALMART, INC
               BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** was filed on the **on this the 12th day of May, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS **25th day of May, 2021.**

<u>DAVID LOPEZ</u>
**ATTORNEY FOR PLAINTIFF**
2806 FREDERICKSBURG RD  102
SAN ANTONIO TX 78201-2432



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ **Alexandra Johnson**
Alexandra Johnson, Deputy

---

| Cesar Sanchez VS Walmart, Inc. ET AL | Officer's Return | Case Number: 2021CI09487 |
| | | Court: 285th District Court |

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with the attached ORIGINAL PETITION AND REQUEST FOR DISCLOSURE on the date of delivery endorsed on it to the defendant _____, in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

 CT Corporation

**Service of Process Transmittal**
06/22/2021
CT Log Number 539778937

TO: Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Texas**

FOR: Wal-Mart Stores Texas, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sanchez Cesar, Pltf. vs. Walmart, Inc. and Wal-Mart Stores Texas LLC., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 285th Judicial District Court Bexar County, TX Case # 2021CI09487 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/02/2019 - 8315 FM78, Converse, TX 78109 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/22/2021 postmarked on 06/18/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | David Lopez LM Law Group, PLLC 2806 Fredericksburg, Rd., Ste. 102 San Antonio, TX 78201 210-914-6860 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/23/2021, Expected Purge Date: 06/28/2021 Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 1999 Bryan Street Suite 900 Dallas, TX 75201 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EC
2511 N ST MARY'S
SAT, TX 78212





U.S. POSTAGE PAID
PCM LETTER
SAN ANTONIO, TX
78201
JUL 18 '21
AMOUNT
$8.05
R2304H108508-23

7019 0160 0000 8880 9777

WALMART STORES TEXAS, LLC
AND WALMART, INC.
C/O REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136



RETURN SERVICE
REQUESTED

PRIVATE PROCESS

**Case Number: 2021CI09487**

Cesar Sanchez VS Walmart, Inc. ET AL

IN THE **285th District Court**
BEXAR COUNTY, TEXAS

(Note: Attached Document May Contain Additional Litigants.)

## CITATION

"THE STATE OF TEXAS"
Directed To:     **WAL-MART STORES TEXAS, LLC**
                       **BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** was filed on the **on this the 12th day of May, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS **25th day of May, 2021.**

<u>DAVID LOPEZ</u>
ATTORNEY FOR PLAINTIFF
2806 FREDERICKSBURG RD  102
SAN ANTONIO TX 78201-2432



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ **Alexandra Johnson**
Alexandra Johnson, Deputy

---

Cesar Sanchez VS  Walmart, Inc. ET AL                **Officer's Return**                Case Number: 2021CI09487
                                                                                                    Court: 285th District Court

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with the attached ORIGINAL PETITION AND REQUEST FOR DISCLOSURE on the date of delivery endorsed on it to the defendant _____, in person on the _____ day of _____, 20____ at _____ o'clock _____ M. at _____ or ( ) not executed because _____.
Fees: _____ Badge/PPS #: _____ Date certification expires: _____
_____ County, Texas
BY: _____
OR: VERIFICATION OF RETURN (if not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

# EXHIBIT C

FILED
7/9/2021 2:30 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Stephanie West

NO.: 2021C109487

| | | |
|---|---|---|
| CESAR SANCHEZ | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WALMART, INC., AND WAL-MART | § | |
| STORES TEXAS LLC. | § | |
| *Defendants* | § | BEXAR COUNTY, TEXAS |

**DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WALMART, INC. and WAL-MART STORES TEXAS LLC, Defendants in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendants assert denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demands strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendants assert that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendants expressly deny by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendants assert all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendants assert that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or

incurred by or on behalf of Plaintiff. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

### IV.

Pleading further and without waiving the foregoing, Defendants assert that the incident in question was proximately caused or solely proximately caused by the negligent and/or wrongful conduct of persons or third parties outside the control of this Defendants. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

### V.

Pleading further and without waiving the foregoing, Defendants specifically reserve the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, WALMART, INC. and WAL-MART STORES TEXAS LLC pray that Plaintiff take nothing by this lawsuit, and that Defendants be allowed to go hence without day and recover all of their costs and attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/     *James K. Floyd*
James K. Floyd; TBN:24047628
Email: jfloyd@dawray.com
Sandra L. Gonzalez; TBN:24121647
Email: sgonzalez@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 244-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**

**WALMART, INC. AND**
**WAL-MART STORES TEXAS LLC**

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 9th day of July, 2021.

David Lopez                              Email: Lopez.Lmlawgroup@gmail.com
LM LAW GROUP, PLLC
2806 Fredericksburg. Rd. Ste. 102
San Antonio, Texas 78201

*/s/  James K. Floyd*
James K. Floyd

# EXHIBIT D

FILED
7/9/2021 2:30 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Stephanie West

NO.: 2021C109487

| | | |
|---|---|---|
| CESAR SANCHEZ | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WALMART, INC., AND WAL-MART | § | |
| STORES TEXAS LLC. | § | |
| *Defendants* | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' DEMAND FOR JURY TRIAL

COMES NOW, Defendants WALMART, INC. and WAL-MART STORES TEXAS, LLC

and hereby demands a jury trial as is their right under Tex. Const. Art. I, § 15.  Such demand for

jury trial is hereby made more than 30 days before the date this case is set for trial in accordance

with Tex. R. Civ. P. 216.  Defendants tender the jury fee contemporaneously with the filing of this

jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *James K. Floyd*

James K. Floyd; TBN:24047628
Email: jfloyd@dawray.com
Sandra L. Gonzalez; TBN:24121647
Email: sgonzalez@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 244-3121 Telephone
(201) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**
**WALMART, INC. AND**
**WAL-MART STORES TEXAS LLC**

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 9th day of July, 2021.

David Lopez                                                    Email: Lopez.Lmlawgroup@gmail.com
LM LAW GROUP, PLLC
2806 Fredericksburg. Rd. Ste. 102
San Antonio, Texas 78201

_/s/  James K. Floyd_____
James K. Floyd

# EXHIBIT E

### 285th District Court

# Case Summary

### Case No. 2021CI09487

Cesar Sanchez VS Walmart, Inc. ET AL

§ Location
§ **285th District Court**
§ Judicial Officer
§ **285th, District Court**
§ Filed on
§ **05/12/2021**

---

## Case Information

Case Type: OTHER INJURY OR DAMAGE

Case Status: **05/12/2021  Pending**

---

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2021CI09487 |
| Court | 285th District Court |
| Date Assigned | 05/12/2021 |
| Judicial Officer | 285th, District Court |

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Sanchez, Cesar** | **LOPEZ, DAVID** *Retained* |
| **Defendant** | **Wal-Mart Stores Texas LLC.** | **FLOYD, JAMES** *Retained* |
| | **Walmart, Inc.** | **FLOYD, JAMES** *Retained* |

## Events and Orders of the Court

| | |
|---|---|
| 05/12/2021 | New Cases Filed (OCA) |
| 05/12/2021 | PETITION |
| 05/12/2021 | JURY DEMAND JURY FEE PAID |
| 05/25/2021 | **Citation**<br>Walmart, Inc.<br>Unserved |
| 05/25/2021 | **Citation**<br>Wal-Mart Stores Texas LLC.<br>Unserved |

06/11/2021
ORDER GRANTING RULE 103 SERVICE BY PRIVATE PROCESS SERVER
    (Judicial Officer: CANALES, DAVID A.)

| | |
|---|---|
| 07/09/2021 | ORIGINAL ANSWER OF<br>    *WALMART, INC. & WAL-MART STORES TEXAS LLC* |
| 07/09/2021 | JURY DEMAND JURY FEE PAID |

# EXHIBIT F

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CESAR SANCHEZ | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 21-CV-698 |
| | § | |
| WALMART INC. AND WAL-MART | § | |
| STORES TEXAS LLC. | § | |
| *Defendants* | § | JURY DEMANDED |

## <u>LIST OF COUNSEL OF RECORD</u>

1.  David Lopez; TBN: 24077974
    Email: <u>Lopez.Lmlawgroup@gmail.com</u>
    LM Law Group, PLLC
    2806 Fredericksburg Rd., Suite 102
    San Antonio, Texas 78201
    (210) 914-6860 Telephone
    (210) 757-4030 Facsimile
    **ATTORNEYS FOR PLAINTIFF,**
    **CESAR SANCHEZ**

2.  James K. Floyd; TBN: 24047628
    Email: <u>jfloyd@dawray.com</u>
    Daw & Ray, LLP
    14100 San Pedro, Suite 302
    San Antonio, Texas 78232
    (210) 224-3121 Telephone
    (210) 224-3188 Facsimile
    **ATTORNEY FOR DEFENDANTS,**
    **WALMART INC. and**
    **WAL-MART STORES TEXAS, LLC**